In the US District
Court of Arizona

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
DEC 2 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Adloph Rocco ~~Cammilletti~~
Cammilletti
VS

Monsanto
Company

- File - for
- Round up -
- litigation -
- case 19-16 2741
- (paraquat)

- toxic chemical in Round
- up weed killer,
- For cancer non-Hodgskins
- Lymphotpu...

Good cause
Showing

11-26-21

Sign X Adolph Cammillett

certification of service

Adolph R Cammilletté

ADC - # 149924

POBx 24401 - Manzanita
Tucson, AZ 85734

cc US District Court
   Clerk - Tucson       ⎱ send
- US. Court House 1500  ⎰  to
405 W Congress st
Tucson, AZ 85701

11-26-21

Sign-X Adolph Cammilletti